| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |
| Estate of Gene B. Lokken, The, et al. | Court File Number |
| Plaintiff, | 0:23-cv-03514-WMW-DTS |
| v. | |
| UnitedHealth Group, Inc., et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota  )
County of Hennepin  )

I, Michael Hanson, state that on Wednesday, November 15, 2023 at 12:11 PM I served the Summons, Complaint and Civil Cover Sheet upon naviHealth, Inc., therein named, personally at 1010 Dale Street North, Saint Paul, MN 55117, by handing to and leaving with Liz Burke, Agent for C T Corporation System Inc., authorized to accept service, the Registered Agent for naviHealth, Inc., a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 11/15/2023

Michael Hanson, Process Server


2633670 - 3


METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 09999-0133

-1-