UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>           Defendants. | Civil File No. 23-cv-03514-WMW-DTS<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND THE BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS** |

Plaintiffs The Estate of Gene B. Lokken and the The Estate of Dale Henry Tetzloff, ("Plaintiffs") and Defendants UnitedHealth Group, Inc., United Healthcare, Inc., and NaviHealth, Inc. ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. Defendants' shall have and extension until February 5, 2024 to answer move or otherwise respond to Plaintiffs' Complaint.

2. Defendants intend to file a motion to dismiss and the parties have stipulated to the following briefing schedule:

    (a) Plaintiffs shall file and serve their opposition to Defendants' Motion to Dismiss by April 5, 2024.

    (b) Defendants shall file and serve their reply brief by May 20, 2024.

| | |
|---|---|
| Dated: December 4, 2023 | LOCKRIDGE GRINDAL NAUEN PLLP |

                                                               By *s/ David W. Asp*
                                                                  Karen Hanson Riebel (#0219770)
                                                                  David W. Asp (#0344850)
                                                                  Kristen G. Marttila (#0346007)
                                                                  Derek C. Waller (#0401120)

100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
khriebel@locklaw.com
dwasp@locklaw.com
kgmarttila@locklaw.com
dcwaller@locklaw.com

Glenn A. Danas, Esq.
Ryan Clarkson, Esq.
Zarrina Ozari, Esq.
Pro Hac Vice Forthcoming
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: 213-788-4050
gdanas@clarksonlawfirm.com
rclarkson@clarksonlawfirm.com
zozari@clarksonlawfirm.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: December 4, 2023 | DORSEY & WHITNEY LLP |

                                                             By *s/ Michelle S. Grant*
                                                                Nicole Engisch (#0215284)
                                                                engisch.nicole@dorsey.com
                                                                Michelle S. Grant (#0311170)
                                                                grant.michelle@dorsey.com
                                                                Shannon L. Bjorklund (#0389932)
                                                                bjorklund.shannon@dorsey.com

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600

Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice* forthcoming)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*