UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-WMW-DTS<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS** |

Having considered the Parties' Stipulation to Extend Deadline for Defendants to Respond to the Complaint and the Briefing Schedule on Defendants' Anticipated Motion to Dismiss (Doc. 13), the Court approves the proposed briefing schedule.

IT IS HEREBY ORDERED:

1. Defendants' shall have and extension until February 5, 2024 to answer move or otherwise respond to Plaintiffs' Complaint.

2. Defendants intend to file a motion to dismiss and the parties have stipulated to the following briefing schedule:

    (a) Plaintiffs shall file and serve their opposition to Defendants' Motion to Dismiss by April 5, 2024.

    (b) Defendants shall file and serve their reply brief by May 20, 2024.

Dated: _____

_____
Hon. Wilhelmina M. Wright
United States District Judge