# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:**   23-cv-03514-WMW-DTS

**Case Title:**   The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, Individually and on behalf of all others similarly situated v. UnitedHealth Group, Inc., United Healthcare, Inc., NaviHealth, Inc. and Does 1-50, inclusive

### Affidavit of Movant

I, Michelle S. Grant an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Nicholas J. Pappas, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Southern District of New York , but not admitted to the bar of this court, who will be counsel for Defendants UnitedHealth Group, Inc., United Healthcare, Inc., NaviHealth, Inc. in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

**Signature:**   *s/ Michelle S. Grant*          **Date:**   December 5, 2023

            MN Attorney License #:   # 0311170

1

## Affidavit of Proposed Admittee

I, Nicholas J. Pappas, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature:  _s/ Nicholas J. Pappas_                   Date:  December 5, 2023

Typed Name:  Nicholas J. Pappas

Attorney License Number: 2256436 issued by the State of New York

Federal Bar Number (if you have one):  n/a

Law Firm Name:  Dorsey & Whitney LLP

Law Firm Address:   51 West 52nd Street
                    New York, NY  10019-6119

Phone Number:  (212) 415-9387

Email:  pappas.nicholas@dorsey.com