**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Estate of Gene B. Lokken, et al., | Case No. 23-cv-3514 (WMW/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| UnitedHealth Group, Inc., et al., | |
| Defendants. | |

---

The parties filed a stipulation, Dkt. No. 13, to give defendants an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Complaint on or before February 5, 2024.

Dated: December 6, 2023

   s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge