## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Case No.  23-CV-03514 (WMW/DTS)<br><br><br>**NOTICE OF WITHDRAWAL OF KRISTEN G. MARTTILA** |

PLEASE TAKE NOTICE that Kristen G. Marttila hereby withdraws her appearance in the above-captioned matter previously entered on behalf of Plaintiffs.

The other attorneys of record will remain as counsel for Plaintiffs in the above-captioned matter.

Dated:  December 27, 2023

*s/ Kristen G. Marttila*
Karen Hanson Riebel (#0219770)
David W. Asp (#0344850)
Kristen G. Marttila (#0346007)
Derek C. Waller (#0401120)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
khriebel@locklaw.com
dwasp@locklaw.com
kgmarttila@locklaw.com
dcwaller@locklaw.com

Glenn A. Danas (*pro hac vice*)
Ryan Clarkson (*pro hac vice*)
Zarrina Ozari (*pro hac vice*)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
gdanas@clarksonlawfirm.com
rclarkson@clarksonlawfirm.com
zozari@clarksonlawfirm.com

**ATTORNEYS FOR PLAINTIFF**