# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br><br>**DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby move the Court for an order dismissing the Class Action Complaint with prejudice.

This Motion to Dismiss the Complaint is based on Defendants' Memorandum of Law in Support of this Motion, declarations and exhibits thereto, all files and records of this case and upon such other evidence and argument as the Court may permit at the hearing of this matter.

1

Dated: February 5, 2024               DORSEY & WHITNEY LLP

By /s/ Michelle S. Grant
   Nicole Engisch (#0215284)
   engisch.nicole@dorsey.com
   Michelle S. Grant (#0311170)
   grant.michelle@dorsey.com
   Shannon L. Bjorklund (#0389932)
   bjorklund.shannon@dorsey.com
   David C. Racine (#0401060)
   racine.david@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (admitted *pro hac vice*)
pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

Attorneys for Defendants