UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE THAT** at a hearing to be held at a date and time to be determined, before the Honorable John R. Tunheim, Senior United States District Judge for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota, 55415, counsel for Defendants will move this Court to dismiss the Class Action Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  February 5, 2024 | DORSEY & WHITNEY LLP |

                                            By  */s/ Michelle S. Grant*
                                                    Nicole Engisch (#0215284)
                                                    engisch.nicole@dorsey.com
                                                    Michelle S. Grant (#0311170)
                                                      grant.michelle@dorsey.com
                                                    Shannon L. Bjorklund (#0389932)
                                                     bjorklund.shannon@dorsey.com
                                                     David C. Racine (#0401060)
                                                     racine.david@dorsey.com
                               50 South Sixth Street, Suite 1500
                               Minneapolis, MN 55402
                               Telephone:  (612) 340-2600
                               Facsimile:  (612) 340-2868

                               Nicholas J. Pappas (admitted *pro hac vice*)
                               pappas.nicholas@dorsey.com
                               DORSEY & WHITNEY LLP
                               51 West 52nd Street
                               New York, NY 10019-6119
                               Telephone:  (212) 415-9387

                               Attorneys for Defendants