# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**DECLARATION OF MICHELLE GRANT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

I, Michelle Grant, declare as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP and am one of the attorneys representing Defendants in the above-captioned matter. I submit this Declaration in support of Defendants' Memorandum of Law to Dismiss the Class Action Complaint. This Declaration is based upon information and belief and upon my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| **Exhibit A** | Gene Lokken's Evidence of Coverage |
| **Exhibit B** | Dale Henry Tetzloff's Evidence of Coverage |

| Exhibit C | **[FILED UNDER SEAL]** Gene Lokken's QIO Initial Determination dated July 20, 2022. |
|---|---|
| **Exhibit D** | **[FILED UNDER SEAL]** Gene Lokken's QIO Reconsideration Determination dated August 1, 2022. |
| **Exhibit E** | **[FILED UNDER SEAL]** Gene Lokken's ALJ Decision dated February 13, 2023. |
| **Exhibit F** | **[FILED UNDER SEAL]** Gene Lokken's Medicare Appeals Council Decision dated August 28, 2023. |
| **Exhibit G** | **[FILED UNDER SEAL]** Gene Lokken's ALJ Decision dated November 16, 2023. |
| **Exhibit H** | **[FILED UNDER SEAL]** Gene Lokken's Medicare Appeals Council Appeal dated January 4, 2023 [*sic*]. The year 2023 appears to be a typo; the date should read "January 4, 2024." |
| **Exhibit I** | **[FILED UNDER SEAL]** Dale Henry Tetzloff's QIO Initial Determination dated December 18, 2022. |
| **Exhibit J** | **[FILED UNDER SEAL]** Dale Henry Tetzloff's QIO Reconsideration Determination dated December 30, 2022. |
| **Exhibit K** | **[FILED UNDER SEAL]** Dale Henry Tetzloff's ALJ Decision dated April 4, 2023. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 5, 2024              By */s/ Michelle S. Grant*
                                                         Michelle S. Grant