UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br><br>**DEFENDANTS' STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Defendants filed Exhibits C through K to the Declaration of Michelle Grant under temporary seal pursuant to Local Rule 5.6. Exhibits C through K were filed under temporary seal because those exhibits are entirely confidential and/or redaction is impracticable. L.R. 5.6(d)(1)(A)(ii).

1

<table>
<tr><td>Dated: February 5, 2024</td><td>DORSEY & WHITNEY LLP<br><br>By <u>/s/ Michelle S. Grant</u><br>    Nicole Engisch (#0215284)<br>    engisch.nicole@dorsey.com<br>    Michelle S. Grant (#0311170)<br>    grant.michelle@dorsey.com<br>    Shannon L. Bjorklund (#0389932)<br>    bjorklund.shannon@dorsey.com<br>    David C. Racine (#0401060)<br>    racine.david@dorsey.com<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2868<br><br>Nicholas J. Pappas (admitted *pro hac vice*)<br>pappas.nicholas@dorsey.com<br>DORSEY & WHITNEY LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br>Telephone: (212) 415-9387<br><br>Attorneys for Defendants</td></tr>
</table>