# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**DEFENDANTS' LOCAL RULE 7.1(A) MEET-AND-CONFER STATEMENT** |

I, Michelle Grant, representing Defendants, hereby certify that in accordance with the requirements of Local Rule 7.1(a), counsel for Defendants (myself, Nick Pappas, and Shannon Bjorklund) met and conferred telephonically with counsel for Plaintiffs (Zarrina Ozari, Glenn Danas, and Ryan Clarkson of Clarkson Law Firm and David Asp of Lockridge Grindal Nauen) on January 26, 2024, in an attempt to resolve the issues presented by Defendants' Motion to Dismiss the Complaint. The parties were unable to reach an agreement on the issues presented by the motion.

Dated: February 5, 2024                               DORSEY & WHITNEY LLP

By  */s/ Michelle S. Grant*
    Nicole Engisch (#0215284)
    engisch.nicole@dorsey.com
    Michelle S. Grant (#0311170)
    grant.michelle@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com
    David C. Racine (#0401060)
    racine.david@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (admitted *pro hac vice*)
pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

Attorneys for Defendants

2