## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT** |

This matter came before the Court upon a Motion to Dismiss the Class Complaint (Doc. No. 20) of Defendants. Based upon all the files, records, and submissions of the parties,

IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss the Class Action Complaint is GRANTED and is dismissed in its entirety and with prejudice.

Let judgment be entered accordingly.


Dated: _____    _____
The Honorable John R. Tunheim
Sr. United States District Court Judge