# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies that UnitedHealth Group Incorporated, UnitedHealthcare, Inc., and naviHealth, Inc. are non-governmental corporate parties and that:

1.    UnitedHealth Group Incorporated, a publicly held corporation, has no parent corporation, and no publicly-traded company owns ten percent or more of its stock.

2.    UnitedHealthcare, Inc. is an indirect, 100% owned subsidiary of UnitedHealth Group Incorporated.

3. naviHealth, Inc. is an indirect, 100% owned subsidiary of UnitedHealth Group Incorporated.

Dated: February 5, 2024

DORSEY & WHITNEY LLP

By  /s/ Michelle S. Grant
Nicole Engisch (#0215284)
engisch.nicole@dorsey.com
Michelle S. Grant (#0311170)
grant.michelle@dorsey.com
Shannon L. Bjorklund (#0389932)
bjorklund.shannon@dorsey.com
David C. Racine (#0401060)
racine.david@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (admitted *pro hac vice*)
pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

Attorneys for Defendants