UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>　　　　　Defendants. | Civil File No. 23-cv-3514-JRT/DTS<br><br>**STIPULATION TO AMEND COMPLAINT** |

　　　　Plaintiffs The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, ("Plaintiffs") and Defendants UnitedHealth Group, Inc., United Healthcare, Inc., and NaviHealth, Inc. ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

　　　　WHEREAS, under Rule 15(a)(1)(B), the deadline for Plaintiffs to serve and file an amended complaint "as a matter of course" expires on February 26, 2023;

　　　　WHEREAS, Plaintiffs have advised Defendants that they intend to serve and file an amended complaint, but require additional time to do so;

　　　　THEREFORE, the parties stipulate and agree that Plaintiffs shall serve and file an amended complaint no later than April 5, 2024.

Dated: February 23, 2024						CLARKSON LAW FIRM, P.C.

By *s/ Glenn A. Danas*
 Glenn A. Danas, Esq. (CA # 270317)
 Ryan Clarkson, Esq. (CA # 257074)
 Zarrina Ozari, Esq. (CA # 334443)
 *Pro Hac Vice*
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: 213-788-4050
gdanas@clarksonlawfirm.com
rclarkson@clarksonlawfirm.com
zozari@clarksonlawfirm.com

Karen Hanson Riebel (#0219770)
David W. Asp (#0344850)
Derek C. Waller (#0401120)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
khriebel@locklaw.com
dwasp@locklaw.com
dcwaller@locklaw.com

*Attorneys for Plaintiffs*

Dated: February 23, 2024						DORSEY & WHITNEY LLP

By *s/Michelle S. Grant*
 Michelle S. Grant (#0311170)
 grant.michelle@dorsey.com
 Shannon L. Bjorklund (#0389932)
 bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

2

Nicholas J. Pappas
*Pro Hac Vice*
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*