UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken and The Estate of Dale Henry Tetzloff, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>              Defendants. | Civil File No. 23-cv-3514-JRT/DTS<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO AMEND COMPLAINT** |

Having considered the Parties' Stipulation to Extend Deadline for Plaintiffs to File an Amended Class Action Complaint, (Doc.31), the Court approves the proposed deadline for filing of the Amended Complaint.

IT IS HEREBY ORDERED:

Plaintiffs shall file an Amended Class Action Complaint by April 5, 2024.

After the filing of the Amended Class Action Complaint, the parties shall meet and confer and propose a briefing schedule for any motion to dismiss. The parties shall file a stipulation regarding a briefing schedule by April 12, 2024.

Dated: _____   _____
                                                            Hon. John R. Tunheim
                                                            United States Senior District Judge