# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Estate of Gene B. Lokken, et al., | Case No. 23-cv-3514 (JRT/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| UnitedHealth Group, Inc., et al., | |
| Defendants. | |

The parties filed a stipulation, Dkt. No. 31, for an extension of time for Plaintiffs to file an Amended Complaint.

**IT IS HEREBY ORDERED:** Plaintiffs shall file their Amended Complaint on or before April 5, 2024.

Dated: February 28, 2024      ___s/David T. Schultz_____
DAVID T. SCHULTZ
U.S. Magistrate Judge