UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT** |

Plaintiffs The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull ("Plaintiffs") and Defendants UnitedHealth Group, Inc., United Healthcare, Inc., and NaviHealth, Inc. ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. On April 5, 2024, Plaintiffs filed an Amended Complaint. The Amended Complaint dismissed Plaintiff The Estate of Dale Henry Tetzloff, added an additional seven named Plaintiffs and amended certain of the causes of action.

2. Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, the current deadline for Defendants to answer, move or otherwise respond to the Amended Complaint is April 19, 2024.

3. The Parties agree that Defendants' shall have an extension until May 20, 2024, to answer move or otherwise respond to Plaintiffs' Amended Complaint.

Dated: April 17, 2024	LOCKRIDGE GRINDAL NAUEN PLLP

By *s/ David W. Asp*
  Karen Hanson Riebel (#0219770)
  David W. Asp (#0344850)
  Derek C. Waller (#0401120)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
khriebel@locklaw.com
dwasp@locklaw.com
kgmarttila@locklaw.com
dcwaller@locklaw.com

Glenn A. Danas, Esq.
Ryan Clarkson, Esq.
Zarrina Ozari, Esq.
Pro Hac Vice
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: 213-788-4050
gdanas@clarksonlawfirm.com
rclarkson@clarksonlawfirm.com
zozari@clarksonlawfirm.com

James Pizzirusso
Pro Hac Vice Forthcoming
HAUSFELD LLP

888 16th St., NW.
Ste. 300
Washington, DC 20006
Telephone: 202-540-7200

*Attorneys for Plaintiffs*

Dated: April 17, 2024                    DORSEY & WHITNEY LLP

By *s/ Michelle S. Grant*
　　Nicole Engisch (#0215284)
　　engisch.nicole@dorsey.com
　　Michelle S. Grant (#0311170)
　　grant.michelle@dorsey.com
　　Shannon L. Bjorklund (#0389932)
　　bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone:  (212) 415-9387

*Attorneys for Defendants*