UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT** |

Having considered the Parties' Stipulation to Extend Deadline for Defendants to Respond to the Amended Complaint (Doc. 38), IT IS HEREBY ORDERED: Defendants' shall answer, move, or otherwise respond to Plaintiffs' Amended Complaint on or before May 20, 2024.

Dated: _____            _____
                                    Honorable David T. Schultz
                                    United States District Judge