**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Estate of Gene B. Lokken, et al., | Case No. 23-cv-3514 (JRT/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| UnitedHealth Group, Inc., et al., | |
| Defendants. | |

---

The parties filed a stipulation, Dkt. No. 38, to give Defendants an extension of time to Answer the Amended Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Amended Complaint on or before May 20, 2024.

Dated: April 18, 2024

                                                    s/David T. Schultz
                                                  DAVID T. SCHULTZ
                                                  U.S. Magistrate Judge