UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>                         Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br><br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE THAT** at a hearing to be held at a date and time to be determined, before the Honorable John R. Tunheim, Senior United States District Judge for the District of Minnesota, Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota, 55415, counsel for Defendants will move this Court to dismiss Plaintiffs' First Amended Class Action Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: May 20, 2024 | DORSEY & WHITNEY LLP |
| | |
| | By  /s/ Michelle S. Grant |
| | Nicole Engisch (#0215284) |
| | engisch.nicole@dorsey.com |
| | Michelle S. Grant (#0311170) |
| | grant.michelle@dorsey.com |
| | Shannon L. Bjorklund (#0389932) |
| | bjorklund.shannon@dorsey.com |
| | 50 South Sixth Street, Suite 1500 |
| | Minneapolis, MN 55402 |
| | Telephone:  (612) 340-2600 |
| | Facsimile:  (612) 340-2868 |
| | |
| | Nicholas J. Pappas (*pro hac vice*) |
| | Pappas.nicholas@dorsey.com |
| | DORSEY & WHITNEY LLP |
| | 51 West 52nd Street |
| | New York, NY 10019-6119 |
| | Telephone:  (212) 415-9387 |
| | |
| | *Attorneys for Defendants* |

2