UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>    Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**DEFENDANTS' STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

Defendants filed Exhibits 11 through 38 to the Declaration of Michelle Grant under temporary seal pursuant to Local Rule 5.6. Exhibits 11 through 38 were filed under temporary seal because those exhibits are entirely confidential and/or redaction is impracticable. L.R. 5.6(d)(1)(A)(ii).

Dated: May 20, 2024

DORSEY & WHITNEY LLP

By  /s/ Michelle S. Grant
    Nicole Engisch (#0215284)
    engisch.nicole@dorsey.com
    Michelle S. Grant (#0311170)
    grant.michelle@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone:  (212) 415-9387

*Attorneys for Defendants*