UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>            Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br>**DEFENDANTS' LOCAL RULE 7.1(A) MEET-AND-CONFER STATEMENT** |

    I, Michelle Grant, representing Defendants, hereby certify that in accordance with the requirements of Local Rule 7.1(a), counsel for Defendants met and conferred telephonically and via email with counsel for Plaintiffs on January 26, February 20, and May 17, 2024, in an attempt to resolve the issues presented by Defendants' Motion to Dismiss the First Amended Class Action Complaint. The parties were unable to reach an agreement on the issues presented by the motion.

|  |  |
|---|---|
| Dated: May 20, 2024 | DORSEY & WHITNEY LLP |

By  */s/ Michelle S. Grant*
   Nicole Engisch (#0215284)
   engisch.nicole@dorsey.com
   Michelle S. Grant (#0311170)
   grant.michelle@dorsey.com
   Shannon L. Bjorklund (#0389932)
   bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone:  (212) 415-9387

*Attorneys for Defendants*