UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |

This matter came before the Court upon Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 41). Based upon all the files, records, and submissions of the parties,

IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint is GRANTED, and Plaintiffs' First Amended Class Action Complaint is dismissed in its entirety and with prejudice.

Let judgment be entered accordingly.

Dated: _____          _____
                                 The Honorable John R. Tunheim
                                 Sr. United States District Court Judge