# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE, INC., NAVIHEALTH, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Court File No. 23-CV-03514 (JRT/DTS)<br><br>**STIPULATION FOR EXTENSION OF BRIEFING DEADLINES** |

Plaintiffs and Defendants, through their counsel, stipulate and agree, as follows:

1. Defendants filed their Motion to Dismiss Plaintiffs' First Amended Class Action Complaint [ECF No. 41] on May 20, 2024.

2. Under LR 7.1, Plaintiffs' response brief is currently due June 10, 2024.

3. Plaintiffs request an extension of 14 days to file their opposition brief. Plaintiffs' counsel has pre-existing client and court commitments over the next several weeks, including oral arguments before the Ninth Circuit Court of Appeals and the Minnesota Supreme Court, trial material submission deadlines in a certified class case, a

motion for class certification, and an opposition to a motion to dismiss. The parties agree that these circumstances constitute good cause for the Court to enter an order extending the time for Plaintiffs to file a brief by 14 days.

4. An extension of Plaintiffs' response brief would set the reply brief deadline during the week of the July 4th holiday, when members of Defendants' counsel team will be unavailable. The parties agree that these circumstances constitute good cause to enter an order extending the time for Defendants to file a reply brief by 7 days.

5. The parties respectfully request that Plaintiffs' response brief may be filed on or before June 24, 2024.

6. The parties respectfully request that Defendants' reply brief may be filed on or before July 15, 2024.

7. The parties agree that the above facts establish good cause for the Court to enter an order extending the briefing deadlines on Defendants' motion to dismiss.

| | |
|---|---|
| Dated: May 30, 2024 | *s/David W. Asp*<br>Karen Hanson Riebel (#0219770)<br>David W. Asp (#0344850)<br>Derek C. Waller (#0401120)<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900<br>khriebel@locklaw.com<br>dwasp@locklaw.com<br>dcwaller@locklaw.com<br><br>Glenn A. Danas (*pro hac vice*)<br>Ryan Clarkson (*pro hac vice*)<br>Zarrina Ozari (*pro hac vice*)<br>**CLARKSON LAW FIRM, P.C.**<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>gdanas@clarksonlawfirm.com<br>rclarkson@clarksonlawfirm.com<br>zozari@clarksonlawfirm.com<br><br>James Pizzirusso (*pro hac vice*)<br>Nicholas U. Murphy (*pro hac vice*)<br>**HAUSFELD LLP**<br>888 16th St. NW, Suite 300<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>jpizzirusso@hausfeld.com<br>nmurphy@hausfeld.com<br><br>Steven M. Nathan (*pro hac vice*)<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>Tel: (646) 357-1100<br>snathan@hausfeld.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

Dated:  May 30, 2024						*s/Michelle S. Grant*
Nicole Engisch (#0215284)
Michelle S. Grant (#0311170)
Shannon L. Bjorklund (#0389932)
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
Engisch.nicole@dorsey.com
Grant.michelle@dorsey.com
Bjorklund.shannon@dorsey.com

Nicholas J. Pappas (*pro hac vice*)
**DORSEY & WHITNEY LLP**
51 West 52nd Street
New York, NY 10019-6119
Tel: (212) 415-9387
Pappas.nicholas@dorsey.com

**ATTORNEYS FOR DEFENDANTS**