UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE, INC., NAVIHEALTH, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Court File No. 23-CV-03514 (JRT/DTS)<br><br>**[PROPOSED] ORDER GRANTING MODIFICATION OF BRIEFING DEADLINES** |

This matter came before the Court on the parties' Stipulation for Extension of Briefing Deadlines [Docket No. 53]. Based on all of the files, records, and proceedings in this matter, and for good cause shown, IT IS HEREBY ORDERED that:

1.  Plaintiffs shall file any responsive memorandum to Defendants' Motion to Dismiss [Docket No. 41] on or before June 24, 2024; and

2.  Defendants shall file any reply memorandum in support of their Motion to Dismiss or before July 15, 2024.

IT IS SO ORDERED.

Dated: _____    _____
The Honorable John R. Tunheim
United States District Judge