**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Estate of Gene B. Lokken, et al., | Case No. 23-cv-3514 (JRT/DTS) |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| UnitedHealth Group, Inc., et al., | |
| Defendants. | |

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: June 27, 2024                    ___s/David T. Schultz_____
                                        DAVID T. SCHULTZ
                                        U.S. Magistrate Judge