UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>    Defendants. | Civil File No. 23-cv-03514-JRT-DTS<br><br><br><br>**DEFENDANTS' LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

    I, Michelle S. Grant, certify that the Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss Amended Complaint complies with Local Rule 7.1(f).

    I further certify that the above-referenced memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word 2016 and the text has been spaced and formatted according to the requirements of Local Rule 7.1(h).

    I further certify that, in preparation of this Memorandum, I used Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count.

I further certify that I commissioned a word count check and received the report that the above-referenced memorandum contains 3,459 words and Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's First Amended Class Action Complaint contained 8,502 words, for a cumulative total of 11,961 words.

Dated: July 15, 2024               DORSEY & WHITNEY LLP

By  *s/ Michelle S. Grant*
    Nicole Engisch (#0215284)
    engisch.nicole@dorsey.com
    Michelle S. Grant (#0311170)
    grant.michelle@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*