UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DJF<br><br><br><br>**DEFENDANTS' MOTION TO STAY DISCOVERY** |

Defendants, through their undersigned attorneys, hereby move this Court to stay discovery pursuant to Fed. R. Civ. P. 26(c), pending the Court's ruling on Defendants motion to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

This motion is based upon all of the records, files, and proceedings herein, as well as the legal memorandum filed concurrently with this motion and arguments of counsel.

Dated: August 8, 2024                     DORSEY & WHITNEY LLP

                                          By  *s/ Michelle S. Grant*
                                              Nicole Engisch (#0215284)
                                              engisch.nicole@dorsey.com

        Michelle S. Grant (#0311170)
        grant.michelle@dorsey.com
        Shannon L. Bjorklund (#0389932)
        bjorklund.shannon@dorsey.com
        David C. Racine (#0401060)
        racine.david@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*

2