UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DJF<br><br><br><br>**DEFENDANTS' NOTICE OF MOTION TO STAY DISCOVERY** |

**PLEASE TAKE NOTICE THAT** a hearing will be held on August 22, 2024, at 3:30 p.m. Central Time, before the Honorable Dulce J. Foster, United States Magistrate Judge for the District of Minnesota via Zoom, on Defendants' Motion to Stay Discovery pursuant to Fed. R. Civ. P. 26(c).

Dated: August 8, 2024                    DORSEY & WHITNEY LLP

                                        By  *s/ Michelle S. Grant*
                                            Nicole Engisch (#0215284)
                                            engisch.nicole@dorsey.com
                                            Michelle S. Grant (#0311170)
                                            grant.michelle@dorsey.com

                        Shannon L. Bjorklund (#0389932)
                        bjorklund.shannon@dorsey.com
                        David C. Racine (#0401060)
                        racine.david@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*

2