UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THE ESTATE OF GENE B. LOKKEN,
GLENNETTE KELL, DARLENE BUCKNER,
CAROL CLEMENS, FRANK CHESTER
PERRY, THE ESTATE OF JACKIE MARTIN
JOHN J. WILLIAMS, AS TRUSTEE OF THE
MILES AND CAROLYN WILLIAMS 1993
FAMILY TRUST, and WILLIAM HULL,
individually and on behalf of all other similarly
situated,

    Plaintiffs,

vs.

UNITEDHEALTH GROUP, INC.,
UNITED HEALTHCARE, INC.,
NAVIHEALTH, INC., and Does 1-50,
inclusive,

    Defendants.

Civil File No. 23-cv-03514-JRT-DJF

**LOCAL RULE 7.1(f)
CERTIFICATE OF COMPLIANCE**

---

   I, Michelle S. Grant, certify that the Memorandum by Defendants submitted in
support of their Motion to Stay Discovery complies with Local Rule 7.1(f).

   I further certify that, in preparation of the Memorandum, I used Microsoft Word for
Office 365, and that the word count function of this word processing program has been
applied specifically to include all text, including headings, footnotes, and quotations in the
following word count.  I further certify that the above-referenced memorandum contains
4,097 words.

I further certify that the above-referenced memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word.

Dated: August 8, 2024                    DORSEY & WHITNEY LLP

By  _s/ Michelle S. Grant_____
    Nicole Engisch (#0215284)
    engisch.nicole@dorsey.com
    Michelle S. Grant (#0311170)
    grant.michelle@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com
    David C. Racine (#0401060)
    racine.david@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*