UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DJF<br><br><br><br>**LOCAL RULE 7.1(A) MEET AND CONFER STATEMENT** |

Counsel for Defendants certify that, in accordance with the requirements of Local Rule 7.1(a), counsel for Defendants Nicholas Pappas and Shannon Bjorklund met and conferred via zoom videoconference with counsel for Plaintiffs on June 17, 2024, in an attempt to resolve the issues presented by Defendants' Motion to Stay Discovery. The parties were unable to resolve the issues relevant to that motion. Since that time, the parties have further communicated via email and orally during the Rule 16 conference and the issues remain (i.e., the parties continue to disagree as to whether discovery should be stayed pending resolution of the motion to dismiss).

| | |
|---|---|
| Dated: August 8, 2024 | DORSEY & WHITNEY LLP |

                                                                             By  *s/ Michelle S. Grant*
                                                                               Nicole Engisch (#0215284)
            engisch.nicole@dorsey.com
            Michelle S. Grant (#0311170)
            grant.michelle@dorsey.com
            Shannon L. Bjorklund (#0389932)
            bjorklund.shannon@dorsey.com
            David C. Racine (#0401060)
            racine.david@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*