UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC., and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-DJF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY** |

The above-entitled matter came for hearing before the Honorable Dulce J. Foster, United States Magistrate Judge, on Defendants' Motion to Stay Discovery (ECF No. 69).

Based on the file, the record, the proceedings herein, and the arguments and submissions of counsel, **IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery is hereby **GRANTED**. Discovery in this matter is stayed pending resolution of Defendants' motion to dismiss (ECF No. 41). If the Motion is denied in whole or in part, within fourteen days of issuance of the Court's Order regarding Defendants' motion to dismiss, the parties shall confer and submit a revised proposed case schedule.

DATED: _____   _____
                                   The Honorable Dulce J. Foster
                                   United States Magistrate Judge