UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>   Defendants. | Civil File No. 23-cv-3514-JRT/DTS<br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

This brief complies with the word limitation of L.R. 7.1(f) because it contains **3,720** words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by L.R. 7.1(f). This brief was prepared using Microsoft Word 365. This brief complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch margins on all four sides.

Dated: August 15, 2024

Respectfully Submitted,

/s/ Glenn A. Danas

Glenn A. Danas (CA # 270317)
Ryan J. Clarkson (CA # 257074)
Zarrina Ozari (CA # 334443)
Michael A. Boelter (CA #353529)
*Pro Hac Vice*
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
rclarkson@clarksonlawfirm.com
gdanas@clarksonlawfirm.com
zozari@clarksonlawfirm.com
mboelter@clarksonlawfirm.com

Karen Hanson Riebel (#0219770)
David W. Asp (#0344850)
Derek C. Waller (#0401120)
Emma Ritter Gordon (#0404000)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
khriebel@locklaw.com
dwasp@locklaw.com
dcwaller@locklaw.com
erittergordon@locklaw.com

James Pizzirusso (DC #477604)
Nicholas Murphy (DC#90011138)
*Pro Hac Vice*
**HAUSFELD LLP**
888 16th St., NW, Ste. 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirusso@hausfeld.com
nmurphy@hausfeld.com

*Attorneys for Plaintiffs*