# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**COURT MINUTES**
BEFORE: Dulce J. Foster
U.S. Magistrate Judge

Estate of Gene B. Lokken *et al*.,

    Plaintiffs,

v.

UnitedHealth Group, Inc., *et al*.,

    Defendants.

| | |
|---|---|
| Case No: | 23-cv-3514 (JRT/DJF) |
| Date: | August 22, 2024 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | Nancy Meyer |
| Recording: | Zoom Recording |
| Time Commenced: | 3:31 P.M. |
| Time Concluded: | 4:08 P.M. |
| Time in Court: | 37 Minutes |

**APPEARANCES:**

    Plaintiff:    Primary- Glenn Danas
                      Other-David W. Asp, Derek C. Waller and Michael August Boelter

    Defendant:    Primary- Nicolas Pappas
                      Other- Nicole A. Engisch and Shannon L. Bjorklund

**PROCEEDINGS:** The parties presented oral argument regarding Defendants' Motion to Stay Discovery [69].

    The Court **GRANTED** Defendants' Motion to Stay Discovery [69] for the reasons stated on the record.

☐ ORDER TO BE ISSUED   ☒ **NO ORDER TO BE ISSUED**   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

Date: August 23, 2024                                         s/ Mary Hanning
                                                                                        Law Clerk