UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>      Defendants. | Civil File No. 23-CV-03514 (JRT/SGE) |

**UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES**

Plaintiffs move this Court, pursuant to Fed. R. Civ. P. 25(a), to substitute Plaintiff Frank Chester Perry with Mary Marfisee, Personal Representative of the Estate of Frank Chester Perry. This Motion is based upon the Memorandum of Law and upon all the files, records, and proceedings in this matter.

Dated: November 13, 2024

*s/ Derek C. Waller*
Karen Hanson Riebel (#0219770)
David W. Asp (#0344850)
Derek C. Waller (#0401120)
Emma Ritter Gordon (#0404000)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
khriebel@locklaw.com
dwasp@locklaw.com
dcwaller@locklaw.com
erittergordon@locklaw.com

Glenn A. Danas (CA #270317)
Ryan J. Clarkson (CA #257074)
Zarrina Ozari (CA #334443)
Michael A. Boelter (CA #353529)
*Pro Hac Vice*
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
rclarkson@clarksonlawfirm.com
gdanas@clarksonlawfirm.com
zozari@clarksonlawfirm.com
mboelter@clarksonlawfirm.com

James Pizzirusso (DC #477604)
Nicholas Murphy (DC#90011138)
*Pro Hac Vice*
**HAUSFELD LLP**
888 16th St., NW
Ste. 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirusso@hausfeld.com
nmurphy@hausfeld.com

*Attorneys for Plaintiffs*