Docusign Envelope ID: EC0FF8FD-123B-419C-B8A6-D2A8632AB1FE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-3514-JRT/SGE |

## DECLARATION OF MARY MARFISEE

I, Mary Marfisee, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the wife of Frank Chester Perry, who died on September 7, 2024, in Salt Lake City, Utah.

3. At the time of Mr. Perry's death, he was domiciled in Los Angeles,

California.

4. No proceeding is now pending in California for administration of Mr. Perry's estate.

5. Mr. Perry left a duly executed and witnessed Last Will and Testament dated November 3, 2023, naming me as personal representative of his estate.

6. I am Mr. Perry's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure, and I succeed Mr. Perry's interest in this action.

7. No other person has a superior right to be substituted for Mr. Perry in the pending action or proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October  9 , 2024, in  Los Angeles , California.

*Mary Marfisee*
Mary Marfisee