# EXHIBIT 1

**STATE OF UTAH**
**CERTIFICATION OF VITAL RECORD**

# CERTIFICATE OF DEATH
State File Number: 2024015352

## Frank Chester Perry

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | September 7, 2024 | Time of Death: | 22:55 |
| City of Death: | Salt Lake City | County of Death: | Salt Lake |
| Age: | 90 | Date of Birth: | November 17, 1933 |
| Place of Birth: | Glendale, California | Sex: | Male |
| Armed Services: | No | Marital Status: | Married |
| Spouse's Name: | Mary Marfisee | Usual Occupation: | Physicist |
| Industry/Business: | Defense | Education: | Doctorate Degree |
| Residence: | Albuquerque, New Mexico | Father's Name: | Chester Perry |
| Mother's Name: | Bertha | Facility Type: | Hospital Inpatient |
| Facility or Address: | Holy Cross Hospital - Salt Lake | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Mary Marfisee | Relationship: | Wife |
| Mailing Address: | 901 El Alhambra Circle NW, Albuquerque, New Mexico 87107 | | |

### DISPOSITION INFORMATION

| | |
|---|---|
| Method of Disposition: | Cremation |
| Place of Disposition: | Larkin Sunset Lawn Crematory, Salt Lake City, Utah |
| Date of Disposition: | September 16, 2024 |

### FUNERAL HOME INFORMATION

| | |
|---|---|
| Funeral Home: | Larkin Sunset Lawn |
| Address: | 2350 East 1300 South, Salt Lake City, Utah 84108 |
| Funeral Director: | Arron B Miller |

### MEDICAL CERTIFICATION

Certifying Physician: Jesse W Hawkes MD, Holy Cross Hospital- Salt Lake, 1050 East South Temple, Salt Lake City, Utah 84102

### CAUSE OF DEATH

Heart arrhythmia
Due to (or as a consequence of): Junctional Bradycardia
Due to (or as a consequence of): PEA arrest, ROSC and junctional bradycardia and then subsequent PEA arrest again
Due to (or as a consequence of): Atrial fibrillation
Other significant conditions: Myelodysplastic syndrome, CKD stage 4, thrombocytopenia, normal pressure hydrocephalus
Tobacco Use: Unknown if User
Medical Examiner Contacted: Yes    Autopsy Performed: No    Manner of Death: Natural

Date Registered: September 12, 2024
Date Issued: October 4, 2024

### AMENDMENT HISTORY

09/19/2024 Informant Address 1 from **10968 Wilkins Avenue PH2** to **901 El Alhambra Circle NW**
09/19/2024 Informant Zip from **90024** to **87107**
09/19/2024 Informant State from **California** to **New Mexico**
09/19/2024 Informant City from **Los Angeles** to **Albuquerque**

---

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.



Linda S. Wininger, MSW, LCSW
State Registrar
Rev. 06/23

*068053267*

UTAH DEPARTMENT OF HEALTH
& HUMAN SERVICES
Office of Vital Records & Statistics
Salt Lake City, Utah

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE