## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated, | Civil File No. 23-CV-03514 (JRT/SGE) |

Plaintiffs,

vs.

UNITEDHEALTH GROUP, INC.,
UNITED HEALTHCARE, INC.,
NAVIHEALTH, INC. and Does 1-50,
inclusive,

Defendants.

## [PROPOSED] ORDER GRANTING
## SUBSTITUTION OF PARTIES

Based upon the Plaintiff's Unopposed Motion for Substitution of Parties, all the

files, records, and proceedings herein, it is hereby ORDERED that:

Mary Marfisee is hereby substituted as Plaintiff for Frank Chester Perry.

IT IS SO ORDERED.

Dated: _____    _____
                                 The Honorable Shannon G. Elkins
                                 United States Magistrate Judge