UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-CV-03514 (JRT/SGE)<br><br>**ORDER** |

This matter is before the Court, United States Magistrate Judge Shannon G. Elkins, on the plaintiff's Unopposed Motion for Substitution of Parties (Dkt. No. 85). Based upon the Unopposed Motion, the contemporaneously filed Declaration of Mary Marfisee (Dkt. No. 87), and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion (Dkt. No. 85) be **GRANTED** and Mary Marfisee, as personal representative of the Estate of Frank Chester Perry, be substituted as Plaintiff for Frank Chester Perry.

**IT IS SO ORDERED.**

Dated: November 14, 2024  　　　　　　　*s/ Shannon G. Elkins*
　　　　　　　　　　　　　　　　　　　SHANNON G. ELKINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　*Estate of Gene B. Lokken v. UnitedHealth Group, Inc.*
　　　　　　　　　　　　　　　　　　　Case No. 23-cv-3514 (JRT/SGE)