## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| The Estate of Gene B. Lokken, Glennette Kell, Darlene Buckner, Carol Clemens, The Estate of Frank Chester Perry, The Estate of Jackie Martin, John J. Williams, as Trustee of the Miles and Carolyn Williams 1993 Family Trust, and William Hull, individually and on behalf of all others similarly situated, | Civil File No. 23-cv-3514 (JRT/SGE) |

Plaintiffs,

**ORDER GRANTING PARTIES' STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT**

vs.

UNITEDHEALTH GROUP, INC.,
UNITED HEALTHCARE, INC.,
NAVIHEALTH, INC. and Does 1-50,
inclusive,

Defendants.

_____

Having considered the Parties' Stipulation to Extend Deadline for Defendants to Respond to the Amended Complaint (Doc. 92), **IT IS HEREBY ORDERED**:

Defendants shall Answer Plaintiffs' Amended Complaint on or before March 27, 2025.

Dated: February 26, 2025        _s/Shannon G. Elkins_____
                                SHANNON G. ELKINS
                                U.S. Magistrate Judge