# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| <u>Estate of Gene B. Lokken, et al.</u><br>*Plaintiff* | )<br>) | |
| v. | ) | Case No.    0:23-cv-03514-JRT-SGE |
| <u>UnitedHealth Group, Inc. et al.</u><br>*Defendant* | )<br>)<br>) | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    I, James J. Pizzirusso, in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

**James J. Pizzirusso**
**HAUSFELD LLP**
**1200 17th Street, N.W., Suite 600**
**Washington, DC 20036**
**Telephone: (202) 540-7200**
**Facsimile: (202) 540-7201**
**jpizzirusso@hausfeld.com**

    I have updated my personal profile information in the ECF system.

## CERTIFICATE OF SERVICE

    I hereby certify that on March 27, 2025, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: March 27, 2025

                                                      Respectfully submitted,

*/s/ James J. Pizzirusso*
James J. Pizzirusso *(admitted pro hac vice)*
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jpizzirusso@hausfeld.com

***Counsel for Plaintiff***