UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| Estate of Gene B. Lokken, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   0:23-cv-03514-JRT-SGE |
| UnitedHealth Group, Inc. et al. | ) | |
| *Defendant* | ) | |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I, Nicholas U. Murphy, in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

**Nicholas U. Murphy**
**HAUSFELD LLP**
**1200 17th Street, N.W., Suite 600**
**Washington, DC 20036**
**Telephone: (202) 540-7200**
**Facsimile: (202) 540-7201**
**nmurphy@hausfeld.com**

I have updated my personal profile information in the ECF system.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: March 27, 2025

Respectfully submitted,

*/s/ Nicholas U. Murphy*
Nicholas U. Murphy *(admitted pro hac vice)*
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
nmurphy@hausfeld.com

***Counsel for Plaintiff***