# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>                Defendants. | Case No. 23-cv-3514-JRT-SGE<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to LR 83.7(a), the undersigned respectfully withdraws his appearance on behalf of Plaintiffs. Multiple attorneys have appeared on Plaintiffs' behalf and at least one of those attorneys is an active member in good standing of the bar of this court and will still be Plaintiffs' counsel of record after the undersigned withdraws.

Dated: May 14, 2025

Respectfully submitted,

/s/ Carey Alexander
Carey Alexander
260 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (646) 290-6009