**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Estate of Gene B. Lokken, et al., | Court File No. 23-CV-03514 (JRT/SGE) |
| Plaintiffs, | |
| vs. | **ORDER AMENDING PRETRIAL SCHEDULING ORDER** |
| UnitedHealth Group, Inc., et al., | |
| Defendants. | |

This matter came before the Court on the parties' Joint Motion to Amend Pretrial Scheduling Order (Dkt. 138). Based on all of the files, records, and proceedings in this matter, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The deadline for presenting disputes related to initial search terms and custodians for the first requests for production is **December 22, 2025**.

IT IS SO ORDERED.

Dated:  November 12, 2025          *s/Shannon G. Elkins*
                                   SHANNON G. ELKINS
                                   United States Magistrate Judge