# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Estate of Gene B. Lokken et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UnitedHealth Group, Inc., et al.,<br><br>Defendants. | Case No. 23-CV-03514 (JRT/SGE)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS** |

The above-captioned matter came before the Court on Plaintiffs' Motion to Compel Discovery Responses and Production of Documents. Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Compel is GRANTED.

2. Defendants' objection to produce documents from before July 1, 2019, related to Plaintiffs' Requests for Production Nos. 4 and 5 are OVERRULED.

3. Defendants' relevance objections, including objections related to the scope of Plaintiffs' contract claims, the Relevant Period, and Plaintiffs' definition of post-acute care, to Plaintiffs' Requests for Production Nos. 4, 5, 7, and 12–17, 19 and Interrogatory Nos. 4, 11, and 12 are OVERRULED.

4. Defendants' objection to produce information related to Plaintiffs' class allegations with respect to Plaintiffs' Interrogatory No. 3 is OVERRULED.

5. Defendants' objection to adding custodians related to Plaintiffs' Requests for Production Nos. 4 and 5 are OVERRULED.

6. The Parties shall meet and confer to negotiate search terms, custodians, and other appropriate parameters consistent with the Parties' ESI Protocol in this case.

Dated: _____          _____
                                                                    Magistrate Judge Shannon G. Elkins