UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, CAROL CLEMENS, THE ESTATE OF FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, AND WILLIAM HULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,<br><br>Defendants. | Civil File No. 23-cv-03514-JRT-SGE<br><br>**DECLARATION OF DR. ANDREA VOGLER IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

I, Dr. Andrea Vogler, declare as follows:

1. I am over 18 years of age, of sound mind and body, and otherwise competent to testify. I have personal knowledge of the facts set forth in this declaration and, if called to testify about those facts, could and would do so competently and under oath.

2. My current title is Senior Medical Director for Quality Education & Training for naviHealth, Inc. ("naviHealth"), d/b/a/ Home & Community. naviHealth is part of Optum Home & Community Care Delivery. naviHealth performs post-acute care

1

utilization and care management services for Medicare Advantage plans, including plans sponsored by United HealthCare Services, Inc. and certain of its regulated subsidiary insurance companies (collectively, "UHC"). I have worked as a Senior Medical Director since 2024. I have been with naviHealth since 2020.

3. In my role, I oversee Medical Director training, and I am the manager for the Medical Directors while they are in their training period.

4. A naviHealth Medical Director is a licensed physician who is responsible for reviewing any case which may result in an adverse medical necessity coverage determination, such as the denial of a prior authorization or a decision to end coverage for a continued stay in a post-acute care facility. An adverse medical necessity coverage determination is a decision to deny coverage for a requested health service because it does not meet the applicable coverage criteria for being "medically necessary." A service is not medically necessary when the service is not considered appropriate or required for the diagnosis or treatment of a medical condition based on applicable standards. For Medicare Advantage plans, the criteria for determination of medical necessity are specified by Centers for Medicare & Medicaid ("CMS") in regulations and regulatory guidance. For Skilled Nursing Facilities ("SNFs"), a Medical Director conducts an individualized review of the member's[1] clinical information to decide whether the services comply with Medicare criteria.

---

[1] As used herein, a member is an individual insured under a Medicare Advantage health plan.

5. naviHealth's Medical Directors' reviews may relate to several different types of post-acute care facilities including SNFs, Inpatient Rehabilitation Facilities ("IRFs"), and Long-term Acute Care Hospitals ("LTACs"), as well as some home health programs. A SNF is a facility in which a member's condition requires daily skilled nursing or rehabilitative services. An IRF is a facility in which the member receives intensive rehabilitation services from a multidisciplinary team overseen by a rehabilitation physician. An LTAC is a facility in which members with complex medical/nursing needs require prolonged acute care hospitalization.

6. naviHealth Medical Directors complete two forms of medical necessity review: (1) prior authorizations, and (2) concurrent medical necessity review of ongoing inpatient post-acute stays (referred to as "Continued Stays"). For UHC Medicare Advantage plans, naviHealth only conducts continued stay reviews for SNFs. naviHealth does not manage length of stay for IRFs or LTACs for UHC member.

7. Currently, approximately 122 full time equivalent ("FTE") Medical Directors work for naviHealth.

8. Medicare covers a stay in a SNF only if certain coverage requirements are met. Those requirements are statutorily mandated under 42 U.S.C. § 1395f and set forth in 42 CFR Part 409 and Ch. 8, § 30 of the Medicare Benefit Policy Manual. Medicare covers a stay in a SNF, if, among other things "the individual needs . . . on a daily basis skilled nursing care (provided directly by or requiring the supervision of skilled nursing personnel) or other skilled rehabilitation services, which as a practical matter can only be provided in a skilled nursing facility on an inpatient basis." 42 U.S.C. § 1395f(a)(2)(B).

9. When Medical Directors join naviHealth they undergo eight to twelve weeks of training. Part of that training includes sessions by subject matter experts on CMS guidance and other regulatory requirements necessary to complete medical necessity reviews. Each subject matter expert focuses on medical necessity reviews for a specific type of facility. That subject matter expert is responsible for drafting and presenting the training for his or her type of facility (*i.e.*, SNF, IRF, or LTAC and either prior authorizations or continued stay). As part of the training, new Medical Directors work with the application of CMS criteria under the direction of a subject matter expert. The subject matter expert is also involved in ongoing training of Medical Directors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2026 in Pittsburgh, Pennsylvania.

Signed by:
*Andrea Vogler*
8CCED95DFD06407...
Dr. Andrea Vogler