**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Estate of Gene B. Lokken, et al.,

        Plaintiffs,

    vs.

UnitedHealth Group, Inc., et al.,

        Defendants.

Court File No. 23-CV-3514 (JRT/SGE)

**ORDER AMENDING PRETRIAL SCHEDULING ORDER**

---

This matter came before the Court on the Parties' Joint Motion to Amend Pretrial Scheduling Order (Dkt. 173). Based on all of the files, records, and proceedings in this matter, and for good cause shown, **IT IS HEREBY ORDERED**:

1.  The deadlines relating to fact and expert discovery and class certification in the Pretrial Scheduling Order (Dkt. 134) are reset as set forth below.

2.  The deadline for Plaintiffs to disclose any expert declaration in support of any class certification motions is reset to **September 14, 2026**.

3.  The deadline to serve any 30(b)(6) deposition notices is reset to no later than **September 28, 2026**.

4.  The deadline for Defendants to disclose any expert declarations in opposition to any class certification motions is reset to **December 10, 2026**.

5.  The deadline for Plaintiffs' motion for class certification and any *Daubert* motions related to class certification is reset to **December 31, 2026**.

6.  The deadline for Defendants' opposition to Plaintiffs' class certification and

*Daubert* motions and any opening/opposition *Daubert* motions related to class certification is reset to **March 4, 2027**.

7.      The deadline for fact discovery completion is reset to **March 11, 2027**.

8.      The deadline for Plaintiffs' trial expert identities and disclosures is reset to **March 11, 2027**.

9.      The deadline for Plaintiffs' reply brief in support of class certification and memoranda in opposition to any of Defendants' *Daubert* motions related to class certification is reset to **April 5, 2027**.

10.     The deadline for Defendants' reply briefs in support of any *Daubert* motions related to class certification is reset to **May 5, 2027**.

11.     The deadline for Defendants' trial expert identities and disclosures is reset to **June 9, 2027**.

12.     The deadline for trial expert discovery completion is reset to **July 15, 2027.**

13.     The deadline for all dispositive motions is reset to **July 29, 2027**.

14.     The trial ready date is reset to on or about **December 6, 2027**.

Dated: May 21, 2026                    *s/Shannon G. Elkins*_____
                                        SHANNON G. ELKINS
                                        United States Magistrate Judge

2