**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Estate of Gene B. Lokken, et al.,

        Plaintiffs,

    vs.

UnitedHealth Group, Inc., et al.,

        Defendants.

Civil File No.  23-cv-03514-JRT/SGE

## [PROPOSED] ORDER GRANTING SUBSTITUTION OF PARTIES

Based upon Plaintiffs' Unopposed Motion for Substitution of Parties, all the files,

records, and proceedings herein, it is hereby ORDERED that:

Plaintiff Carol Clemens is substituted with John Clemens.

IT IS SO ORDERED.


Dated: _____      _____
                                          The Honorable Shannon G. Elkins
                                          United States Magistrate Judge