**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, JOHN CLEMENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CAROL CLEMENS, THE ESTATE OF FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and BARBARA B. HULL, AND LORA K. POWELL, AS EXECUTORS OF THE ESTATE OF WILLIAM HULL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITEDHEALTH GROUP INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and DOES 1-50, inclusive,

Defendants.

Civil File No. 23-CV-03514 (JRT/SGE)

**DEFENDANTS' MOTION TO AMEND**

Pursuant to Fed. R. Civ. P. 15, Fed. R. Civ. P. 16(b)(4), and Local Rule 16.3, Defendants respectfully move the Court for an order permitting Defendants to amend their Answer to add the federal filed rate doctrine as an affirmative defense.

Defendants' Motion is supported by the Memorandum of Law and other supporting papers filed herewith, the files and proceedings in this matter, and the declaration of counsel.

Dated: August 10, 2026

DORSEY & WHITNEY LLP

By *\/s/ Shannon L. Bjorklund*
Nicole Engisch (#0215284)
engisch.nicole@dorsey.com
Michelle S. Grant (#0311170)
grant.michelle@dorsey.com
Shannon L. Bjorklund (#0389932)
bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
Pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
1301 Avenue of the Americas, Floor 13
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*