UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, JOHN CLEMENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CAROL CLEMENS, THE ESTATE OF FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and BARBARA B. HULL, AND LORA K. POWELL, AS EXECUTORS OF THE ESTATE OF WILLIAM HULL, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,

Defendants.

Civil File No. 23-cv-03514 (JRT/SGE)

**DEFENDANTS' WORD COUNT COMPLIANCE CERTIFICATION**

I, Shannon Bjorklund, certify that Defendants' Memorandum in Support of Defendants' Motion to Amend complies with Local Rules 7.1(f) and 7.1(h).

I further certify that the Memorandum was prepared using Microsoft Word and that the word count function of this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the following word count,

in accordance with Local Rule 7.1(f)(1)(C). I further certify that the Memorandum contains 5,546 words according to the word count function.

I further certify that the Memorandum complies with the type-size requirements of Local Rule 7.1(h) because it has been prepared using 13-point Times New Roman type as designated by Microsoft Word.

Dated: August 10, 2026

DORSEY & WHITNEY LLP

By *\/s/ Shannon L. Bjorklund*

Nicole Engisch (#0215284)
engisch.nicole@dorsey.com
Michelle S. Grant (#0311170)
grant.michelle@dorsey.com
Shannon L. Bjorklund (#0389932)
bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Nicholas J. Pappas (*pro hac vice*)
pappas.nicholas@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Telephone: (212) 415-9387

*Attorneys for Defendants*