UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, JOHN CLEMENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CAROL CLEMENS, THE ESTATE OF FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and BARBARA B. HULL, AND LORA K. POWELL, AS EXECUTORS OF THE ESTATE OF WILLIAM HULL, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

UNITEDHEALTH GROUP INCORPORATED, UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and Does 1-50, inclusive,

Defendants.

Civil File No. 23-cv-03514 (JRT/SGE)

**DECLARATION OF SHANNON L. BJORKLUND IN SUPPORT OF DEFENDANTS' MOTION TO AMEND**

I, Shannon L. Bjorklund, state and declare as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP and one of the attorneys representing Defendants in the above-captioned matter. I submit this Declaration in support of Defendants' Motion to Amend.

2. This Declaration is based upon information and belief and upon my personal knowledge.

3. In May 2025, Plaintiffs requested discovery regarding the premiums paid by Plaintiffs and putative class members for Medicare Advantage (MA) plans. For example, Request for Production No. 1 sought "All Documents, Communications, and data relating to Plaintiffs, including without limitation…concerning…premium payments made by Plaintiffs…." *See* ECF 146-1 at p.9. Further, Interrogatory 8 asked Defendants to "Identify the average monthly premium payments paid by Your Medicare Advantage insureds each year during the Relevant Period." *See* ECF 146-4 at 5.

4. In March, 2026, Plaintiffs served discovery requests seeking all bids Defendants submitted to CMS from 2017 to the present, as well as all underlying documents and data related to post-acute care and created or used in connection with any bid. A true and correct copy of Plaintiffs' Second Set of Requests for Production is attached as **Exhibit A**.

5. Counsel for the Parties discussed this issue on a conference call on April 30, 2026. A true and correct copy of a letter documenting that discussion is attached as **Exhibit B**.

6. On May 14, 2026, two weeks after Plaintiffs identified their new theory, Defendants asked Plaintiffs to consent to amendment of the Answer. *See* Ex. B.

7. Between May and August, the Parties met and conferred regarding Defendants' proposed Amended Answer in connection with other discovery issues. These efforts include, among other communications, Defendants' May 14 letter, a

videoconference in late June, continued discussions during July and email correspondence between August 4-6.

8. On August 5, 2026, Plaintiffs refused Defendants' final request for consent to file an amended answer as part of a proposed resolution on multiple topics.

9. The Parties are at an impasse on this issue.

10. A clean copy of Defendants' proposed Amended Answer is attached as **Exhibit C**.

11. A redlined copy of Defendants' proposed Amended Answer, compared to Defendants' First Amended Answer is attached as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 10, 2026

*/s/ Shannon L. Bjorklund*
Shannon L. Bjorklund