**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Estate of Gene B. Lokken, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UnitedHealth Group, Inc., et al.,<br><br>Defendants. | Case No. 23-CV-03514 (JRT/SGE)<br><br>**DECLARATION OF SIMEON A. MORBEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND PLEADING** |

I, Simeon A. Morbey, declare as follows:

1. I am a partner at Lockridge Grindal Nauen PLLP ("LGN") and am counsel for Plaintiffs in the present action. I am a member in good standing of the State Bar of Minnesota and have been admitted to this Court. I have personal knowledge of the matters set forth herein and could competently testify thereto.

2. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion for Leave to Amend Pleading.

3. Attached hereto as **Exhibit A** is a true and accurate copy of Plaintiffs' September 4, 2025 Responses to Defendants' First Set of Interrogatories.

4. Attached hereto as **Exhibit B** is a true and accurate copy of Plaintiffs' Second Set of Requests for Production of Documents to Defendants, dated March 24, 2026.

5. Attached hereto as **Exhibit C** is a true and accurate copy of Plaintiffs' May 5, 2026 letter to Defendants concerning Plaintiffs' Requests for Production Nos. 20–22.

6. Attached hereto as **Exhibit D** is a true and accurate copy of Defendants' May 14, 2026 letter to Plaintiffs concerning Plaintiffs' Second Set of Discovery Requests.

7. Attached hereto as **Exhibit E** is a true and accurate copy of Plaintiffs' June 22, 2026 letter to UnitedHealth Group concerning Plaintiffs' Second Set of Requests for Production.

8. Attached hereto as **Exhibit F** is a true and accurate copy of email correspondence concerning Defendants' proposed amendment to their Answer in Lokken, et al. v. UnitedHealth Group, Inc., et al., Civil File No. 23-CV-03514.

9. Attached hereto as **Exhibit G** is a true and accurate copy of Defendants' April 23, 2026 Objections and Responses to Plaintiffs' Second Set of Requests for Production of Documents.

10. Attached hereto as **Exhibit H** is a true and accurate copy of Plaintiffs' July 25, 2024 Rule 26(a)(1) Initial Disclosures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August, 2026 at Minneapolis, Minnesota.

By: *s/ Simeon A. Morbey*
Simeon A. Morbey