UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE ESTATE OF GENE B. LOKKEN, GLENNETTE KELL, DARLENE BUCKNER, JOHN CLEMENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CAROL CLEMENS, THE ESTATE OF FRANK CHESTER PERRY, THE ESTATE OF JACKIE MARTIN, JOHN J. WILLIAMS, AS TRUSTEE OF THE MILES AND CAROLYN WILLIAMS 1993 FAMILY TRUST, and BARBARA B. HULL, AND LORA K. POWELL, AS EXECUTORS OF THE ESTATE OF WILLIAM HULL, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

UNITEDHEALTH GROUP INC., UNITED HEALTHCARE, INC., NAVIHEALTH, INC. and DOES 1-50, inclusive,

Defendants.

Civil File No. 23-CV-3514 (JRT/SGE)

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

This matter came before the Court on the Parties Joint Motion to Amend the Pretrial Scheduling Order (Dkt. 209). After careful consideration of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Joint Motion to Amend the Pretrial Scheduling Order is **GRANTED**;

2. The deadline to serve Fed. R. Civ. P. 30(b)(6) deposition notices is **September 28, 2026**.

3. The deadline for Plaintiffs to disclose any expert declaration in support of any class certification motions is reset to **October 14, 2026**.

4. The deadline for Defendants to disclose any expert declarations in opposition to any class certification motions is reset to **January 25, 2027**.

5. The deadline for Plaintiffs' motion for class certification and any Daubert motions related to class certification is reset to **February 16, 2027**.

6. The deadline for Defendants' opposition to Plaintiffs' class certification and *Daubert* motions and any opening/opposition *Daubert* motions related to class certification is reset to **April 19, 2027**.

7. The deadline for fact discovery completion is reset to **April 26, 2027**.

8. The deadline for non-dispositive motions related to fact discovery is **May 10, 2027**.

9. The deadline for Plaintiffs' trial expert identities and disclosures is reset to **May 10, 2027**.

10. The deadline for Plaintiffs' reply brief in support of class certification and memorandum in opposition to any of Defendants' *Daubert* motions related to class certification is reset to **May 20, 2027**.

11. The deadline for Defendants' reply briefs in support of any *Daubert* motions related to class certification is reset to **June 21, 2027**.

12. The deadline for Defendants' trial expert identities and disclosures is reset to **August 9, 2027**.

13. The deadline for trial expert discovery completion is reset to **September 13, 2027**.

14. The deadline for all dispositive motions is reset to **September 27, 2027**.

15. The trial ready date is reset to on or about **February 7, 2028**.

SO ORDERED:

Dated: September 18, 2026

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge